# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 23−30246−KRH
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ryan Christopher Jones
301 Virginia Street
Unit 903
Richmond, VA 23219

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−5877

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA


## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO LBR 3015−2 CHAPTER 13 PLAN REQUIREMENTS;
## AND HEARING THEREON

**TO:** DEBTOR OR DEBTOR'S COUNSEL

You have filed a petition with the office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on January 26, 2023. Pursuant to Local Bankruptcy Rule 3015−2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date, **February 9, 2023**.

*Failure to timely file the missing document(s) or to timely seek an extension of time, may result in the dismissal of your bankruptcy case.*

**\*\*Missing Document(s):**

 Chapter 13 Plan


   If you fail to timely cure the deficiency or to timely seek an extension of time, you must file a response no later than *February 15, 2023* and appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

*Location: Judge Huennekens − Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219*
*Date: February 22, 2023*
*Time: 11:30 AM*


*If the debtor(s) fails to file a timely response and appear at the hearing, the above−captioned case may be dismissed.*

*NOTICE: The hearing will be held only if the debtor(s) fails to timely cure the deficiency or to timely seek an extension of time.*

Date: January 27, 2023

**William C. Redden**
**Clerk, United States Bankruptcy Court**

/s/ Cindy Baumgartner
Deputy Clerk
Direct Dial Telephone No. 804−916−2413

[30152vNov2019.jsp]

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-30246-KRH |
| Ryan Christopher Jones | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: | Page 1 of 1 |
| Date Rcvd: Jan 27, 2023 | Form ID: 30152 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ryan Christopher Jones, 301 Virginia Street, Unit 903, Richmond, VA 23219-4184 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carl M. Bates | station01@richchap13.com<br>station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com |
| James E. Kane | on behalf of Debtor Ryan Christopher Jones jkane@kaneandpapa.com<br>reception@kaneandpapa.com,jason.kane@kaneandpapa.com,sfalkowski@kaneandpapa.com,carolyncrone@icloud.com,cdonnell@kaneandpapa.com |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |

TOTAL: 3